RECEIVED
IN LAKE CHARLES, LA
AUG 21 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ASMED ESCARENO | * | CIVIL ACTION NO. 2:13-CV-1535 |
| Plaintiff | * | |
| | * | SECTION P |
| V. | * | |
| FEDERAL DETENTION CENTER, OAKDALE, ET AL. | * | JUDGE MINALDI |
| Defendants | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition be and hereby is **DISMISSED, WITH PREJUDICE**, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i),(ii).

Lake Charles, Louisiana, this 19 day of August, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE